**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00280-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GERARDO OCHOA, JR.,

       Defendant.

---

ORDER REINSTATING SUPERVISED RELEASE
AND MODIFYING THE CONDITIONS OF SUPERVISION

---

THIS MATTER is before the Court on report of the probation officer following a supervised release violation hearing. The defendant admits to violations 1, 2, 3, 4, and 5 as set forth in the Supervised Release Violation Report, and the Court finds the defendant has violated the terms and conditions of supervised release. Accordingly, it is

ORDERED that the defendant is continued on supervised release, and the terms and conditions of supervision be modified as follows:

The defendant shall reside in a residential reentry center for a period of up to 120 days, to commence as directed by the probation officer, and shall observe the rules of that facility.

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this   14th   day of November, 2006.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock
Chief United States District Judge