# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

GERARDO OCHOA, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**

Case Number:  06-cr-00280-LTB-01

USM Number:  48103-180

Edward A. Pluss, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 01/26/07 |
| 2 | Failure to Follow the Instructions of the Probation Officer | 01/22/07 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 12, 2007
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judge

April 16, 2007
Date

DEFENDANT:  GERARDO OCHOA, JR.
CASE NUMBER:  06-cr-00280-LTB-01                          Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Work Regularly | 01/26/07 |
| 4 | Failure to Abstain from the Use of Alcohol | 01/24/07 |
| 5 | Failure to Pay Special Assessment Fee and Fine | 01/05/05 |
| 6 | Failure to Comply With Rules of Residential Re-Entry Center | 11/28/06 |
| 7 | Failure to Comply With Rules of Residential Re-Entry Center | 12/11/06 |
| 8 | Failure to Comply With Rules of Residential Re-Entry Center | 12/11/06 |
| 9 | Failure to Comply With Rules of Residential Re-Entry Center | 12/12/06 |
| 10 | Failure to Comply With Rules of Residential Re-Entry Center | 01/15/07 |

DEFENDANT:  GERARDO OCHOA, JR.
CASE NUMBER:  06-cr-00280-LTB-01                              Judgment-Page 3 of 5

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  GERARDO OCHOA, JR.
CASE NUMBER:  06-cr-00280-LTB-01                                         Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| 1 | $75.00 | $100.00 | $0.00 |
| **TOTALS** | $75.00 | $100.00 | $0.00 |

DEFENDANT:  GERARDO OCHOA, JR.
CASE NUMBER:  06-cr-00280-LTB-01                                                        Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The $75.00 outstanding balance of the special assessment fee and the $100.00 fine are due in full immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.